IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR10 |
| | ) | |
| v. | ) | |
| | ) | |
| TRAVELL T. RICHARD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court for final disposition on the amended petition for warrant or summons for offender under supervision (Filing No. 38). The defendant was represented by Assistant Federal Public Defender Karen M. Shanahan. The United States was represented by Assistant United States Attorney Russell X. Meyer on behalf of Assistant United States Attorney Frederick D. Franklin.

The Court will continue this final disposition of this matter for ninety (90) days. Accordingly,

IT IS ORDERED:

1. Defendant will be placed on house arrest for ninety (90) days.

2. Defendant shall comply with all terms and conditions of his current supervised release that have been previously imposed.

3. If there is any violation of any of the terms and conditions, the Court will direct that the defendant be arrested and at that time the Court will revoke the defendant's supervised release and place him in custody for a term of one year and one day with no further supervised release to follow.

    4. Defendant is remanded to the custody of the U.S. Marshals Service until such time as the United States Probation Office can prepare and place the necessary equipment to facilitate the house arrest.

    5. Defendant then will be released on house arrest in accordance with the terms and conditions as described above.

    DATED this 18th day of July, 2014.

          BY THE COURT:

          /s/ Lyle E. Strom

          _____
          LYLE E. STROM, Senior Judge
          United States District Court