IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR10 |
| | ) | |
| v. | ) | |
| | ) | |
| TRAVELL T. RICHARD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On December 18, 2014, a final disposition hearing was held on the second petition for warrant or summons for offender under supervision (Filing No. 52).  Defendant was present and represented by Karen M. Shanahan, Assistant Public Defender. Plaintiff was represented by Frederick D. Franklin, Assistant United States Attorney.

Defendant admitted to the single allegation contained in the second petition.  The Court found defendant to be in violation the conditions of his supervised release.

IT IS ORDERED:

1) Defendant's supervised release is revoked and he is sentenced to the custody of the Bureau of Prisons for a term of fourteen (14) months.  Defendant Richard shall receive credit for time served while awaiting disposition of this case since October 23, 2014.

2) Upon completion of defendant's incarceration, his supervised release as to this action will terminate.

DATED this 19th day of December, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

_____
Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

UNITED STATES WARDEN

By: _____